**Marguerite G. BROWN, Plaintiff–Appellant,**

v.

**Nurse BRENDA; Nurse Liala; Doctor Reese, Defendants–Appellees,**

and

**Rappahannock Regional Jail; Rappahannock Regional Jail Staff, Defendants.**

No. 06–7741.

United States Court of Appeals, Fourth Circuit.

Submitted: March 29, 2007.

Decided: April 4, 2007.

Marguerite G. Brown, Appellant Pro Se. Elizabeth Martin Muldowney, Rawls &

McNelis, P.C., Richmond, Virginia, for Appellees.

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marguerite G. Brown appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Brown v. Doctor Reese*, No. 1:05–cv–00029–GBL (E.D.Va. Sept. 13, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*